1099 NEW YORK AVENUE, N.W., WASHINGTON, D.C. 20001                                   JENNER&BLOCK LLP

October 30, 2024

<u>VIA ECF</u>

The Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re:   *Cayuga Nation v. The Honorable Barry L. Porsch et al.*, No. 6:24-cv-06531 (EAW) (W.D.N.Y.)

Dear Judge Wolford:

      Plaintiff, the Cayuga Nation, writes to inform the Court of orders recently entered by Justice Porsch in the state court cases. On October 29, 2024, Justice Porsch entered an order staying each of the state cases until further order of the Court. *See* Ex. A, Ex. B. As a result, the TROs previously entered by Justice Porsch will remain in force until such time as Justice Porsch lifts the stay.

Respectfully submitted,

/s/*David W. DeBruin*

David W. DeBruin (*pro hac vice*)
Adam Unikowsky (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
ddebruin@jenner.com
aunikowsky@jenner.com

Jacob D. Alderdice
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel.: (212) 891-1600
JAlderdice@jenner.com

*Attorneys for Plaintiff Cayuga Nation*