1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER & BLOCK LLP

November 21, 2024

VIA ECF

The Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *Cayuga Nation v. The Honorable Barry L. Porsch et al.*, No. 6:24-cv-06531 (EAW) (W.D.N.Y.)

Dear Judge Wolford:

On behalf of Plaintiff Cayuga Nation (the "Nation"), I write to update the Court regarding developments in *Cayuga Nation v. Darren Kettle*, No. 20210286 (N.Y. Sup. Ct. Seneca Cnty.) and *Cayuga Nation v. Leanna Kettle*, No. 20210297 (N.Y. Sup. Ct. Seneca Cnty.) (the "State Court Proceedings").

On November 15, 2024, Justice Porsch vacated the then-pending stay of the State Court Proceedings, with the TRO remaining in effect, and scheduled argument on the Kettles' application for a preliminary injunction to be held on November 20, 2024, at 11:15 am.

Following the argument held yesterday in the State Court Proceedings, Justice Porsch issued a ruling from the bench that the Kettles' motion for a preliminary injunction was denied, and that he would be vacating the TRO. At Justice Porsch's direction, the Nation has prepared a draft order denying the preliminary injunction motion and vacating the TRO, with notice to the Kettles, and Justice Porsch will sign an order setting forth his decision approximately five days after the period for notice to the Kettles expires.

The Nation will further update the Court once Justice Porsch has issued that order, at which point the Nation also will consider and address the effect of that order on the instant litigation.

Respectfully submitted,

/s/*David W. DeBruin*

David W. DeBruin (*pro hac vice*)
Adam Unikowsky (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000

CHICAGO   LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO   WASHINGTON, DC          WWW.JENNER.COM

November 21, 2024
Page 2

ddebruin@jenner.com
aunikowsky@jenner.com

Jacob D. Alderdice
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel.: (212) 891-1600
JAlderdice@jenner.com

*Attorneys for Plaintiff Cayuga Nation*