1155 AVENUE OF THE AMERICAS, NEW YORK, NY 10036-2711

JENNER & BLOCK LLP

December 5, 2024

<u>VIA ECF</u>

The Honorable Elizabeth A. Wolford
Chief United States District Judge
Kenneth B. Keating Federal Building
100 State Street
Rochester, New York 14614

Re: *Cayuga Nation v. The Honorable Barry L. Porsch et al.*, No. 6:24-cv-06531 (EAW) (W.D.N.Y.)

Dear Judge Wolford:

On behalf of Plaintiff Cayuga Nation (the "Nation"), I write to update the Court regarding developments in *Cayuga Nation v. Darren Kettle*, No. 20210286 (N.Y. Sup. Ct. Seneca Cnty.) and *Cayuga Nation v. Leanna Kettle*, No. 20210297 (N.Y. Sup. Ct. Seneca Cnty.) (the "State Court Proceedings"), following up on the Nation's letter to the Court filed on November 21, 2024 (ECF No. 30).

On December 3, 2024, consistent with his ruling from the bench following the November 15, 2024 hearing in the State Court Proceedings, Justice Porsch issued orders denying the Kettles' motions for preliminary injunctions, and vacating the TROs that were in place in the State Court Proceedings. Attached as **Exhibit A** to this letter are true and correct copies of those orders.

Additionally, the Nation has learned that the Kettles have vacated the rental properties that were the subject of the eviction proceedings in the Nation's tribal court and thereafter the State Court Proceedings.

In light of these developments, the Nation is filing a Notice of Voluntary Dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), concurrently with this letter.

Respectfully submitted,

/s/*David W. DeBruin*

David W. DeBruin (*pro hac vice*)
Adam Unikowsky (*pro hac vice*)
JENNER & BLOCK LLP
1099 New York Avenue, NW, Suite 900
Washington, DC 20001
(202) 639-6000
ddebruin@jenner.com

December 5, 2024
Page 2

aunikowsky@jenner.com

Jacob D. Alderdice
JENNER & BLOCK LLP
1155 Avenue of the Americas
New York, NY 10036
Tel.: (212) 891-1600
JAlderdice@jenner.com

*Attorneys for Plaintiff Cayuga Nation*

# Exhibit A

SUPREME COURT    STATE OF NEW YORK
COUNTY OF SENECA
_____

CAYUGA NATION,

        *Petitioner,*

vs.

DARREN KETTLE,

        *Respondent.*
_____

**ORDER**

Index No.: 20210286

Petitioner having commenced this proceeding in accordance with Article 4 of the New York Civil Practice Law and Rules ("CPLR") seeking recognition of a Cayuga Nation Civil Court monetary judgment pursuant to 22 N.Y.C.R.R. § 202.71 [NYSCEF Nos. 1–3]; and

Respondent Darren Kettle having filed a motion on August 26, 2024 by Order to Show Cause [NYSCEF Nos. 73–91] seeking a Temporary Restraining Order and Preliminary injunction enjoining a May 14, 2024 Decision and Order of the Cayuga Nation Civil Court awarding a warrant of eviction against Respondent (the "Motion"); and

This Court having endorsed the Order to Show Cause and having issued the requested Temporary Restraining Order on August 26, 2024 [NYSCEF No. 92];

Upon the review and filing of the Order to Show Cause [NYSCEF No. 73] together with the supporting Affirmation of Michael A. Benson dated August 26, 2024 with Exhibits 1–11 thereto [NYSCEF Nos. 77–89], the Affirmation of Joseph J. Heath dated August 26, 2024 [NYSCEF No. 75], and the memorandum of law [NYSCEF No. 74] all in support of the Motion; and

Upon the review and filing of the Affirmation of Michael E. Nicholson dated September 5, 2024 with Exhibit A thereto [NYSCEF Nos. 95–96] and the memorandum of law in opposition to the Motion [NYSCEF No. 94]; and

1

This Court having heard oral argument on the matter on November 20, 2024, and upon due deliberation having issued a verbal decision denying the Motion and vacating the Temporary Restraining Order;

**NOW, THEREFORE,** it is hereby

**ORDERED,** that Respondent's Motion for a preliminary injunction pursuant to CPLR 6301 is hereby DENIED; and it is further

**ORDERED,** that the Temporary Restraining Order issued by this Court is hereby VACATED.

**E N T E R:**

~~November~~ DEC. 3, 2024

_____
HON. BARRY L. PORSCH, A.J.S.C.

SUPREME COURT          STATE OF NEW YORK
COUNTY OF SENECA

CAYUGA NATION,

        *Petitioner,*

vs.                                                                              **ORDER**

LEANNA KETTLE,                                                Index No.: 20210297

        *Respondent.*

---

    Petitioner having commenced this proceeding in accordance with Article 4 of the New York Civil Practice Law and Rules ("CPLR") seeking a ministerial recognition of a Cayuga Nation Civil Court monetary judgment entered on May 11, 2021, pursuant to 22 N.Y.C.R.R. § 202.71 [NYSCEF Nos. 1–3]; and

    Respondent Leanna Kettle having filed a motion on August 26, 2024 by Order to Show Cause (purporting to act on behalf of non-party Julius Kettle) [NYSCEF Nos. 68–85] seeking a Temporary Restraining Order and Preliminary injunction enjoining a May 14, 2024 Decision and Order of the Cayuga Nation Civil Court awarding a warrant of eviction against Julius Kettle (the "Motion"); and

    This Court having endorsed the Order to Show Cause and having issued the requested Temporary Restraining Order on August 26, 2024 [NYSCEF No. 86];

    Upon the review and filing of the Order to Show Cause [NYSCEF No. 68] together with the supporting Affirmation of Michael A. Benson dated August 26, 2024 with Exhibits 1–11 thereto [NYSCEF Nos. 72–85], the Affirmation of Joseph J. Heath dated August 26, 2024 [NYSCEF No. 71], and the memorandum of law [NYSCEF No. 69] all in support of the Motion; and

1

Upon the review and filing of the Affirmation of Michael E. Nicholson dated September 5, 2024 with Exhibit A thereto [NYSCEF Nos. 89–90] and the memorandum of law in opposition to the Motion [NYSCEF No. 88]; and

This Court having heard oral argument on the matter on November 20, 2024, and upon due deliberation having issued a verbal decision denying the Motion and vacating the Temporary Restraining Order;

**NOW, THEREFORE,** it is hereby

**ORDERED**, that Respondent's Motion for a preliminary injunction pursuant to CPLR 6301 is hereby DENIED; and it is further

**ORDERED**, that the Temporary Restraining Order issued by this Court is hereby VACATED.

**E N T E R :**

~~November~~ DEC 3, 2024

_____
HON. BARRY L. PORSCH, A.J.S.C.